## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

E.C., et al.,

               Plaintiffs

      v.

HANOVER AREA SCHOOL DISTRICT,

         Defendant

CIVIL ACTION NO. 3:25-CV-1309

(MEHALCHICK, J.)

### ORDER

**AND NOW**, this 18th day of July, 2025, **IT IS HEREBY ORDERED** that the Court will hold oral argument and an evidentiary hearing to address Plaintiffs' Motion for a Preliminary Injunction on **Thursday, August 7, 2025, at 1:00 PM** in Courtroom #1 of the William J. Nealon Federal Building and United States Courthouse, 235 North Washington Avenue, Scranton, Pennsylvania. Plaintiffs are to provide notice of this Order and hearing to Defendants on or before **Thursday, July 24, 2025**, and file with the Court proof that such notice was provided.

**BY THE COURT:**

*s/ Karoline Mehalchick*

**KAROLINE MEHALCHICK**
**United States District Judge**