UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| E.C., et al., | |
| Plaintiffs | CIVIL ACTION NO. 3:25-CV-1309 |
| v. | (MEHALCHICK, J.) |
| HANOVER AREA SCHOOL DISTRICT, | |
| Defendant | |

### ORDER

**AND NOW**, this 6th day of August, 2025, **IT IS HEREBY ORDERED** that pursuant to the letter filed today (Doc. 18) the motion for preliminary injunction (Doc. 3) is **WITHDRAWN** and the oral argument scheduled for August 7, 2025 is **CANCELLED**. It is further **ORDERED** that defendant's motion for extension of time (Doc. 17) is **GRANTED** and defendant's responsive pleading is due on or before S**eptember 24, 2025.**

BY THE COURT:

*s/Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**United States District Judge**